UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SAMSON SIASIA,                                    :
                                                  :
                              Appellant,          :         **ORDER CLOSING CASE**
                                                  :
              -against-                           :         21 Civ. 6516 (AKH)
                                                  :
FÉDÉRATION INTERNATIONALE DE                      :
FOOTBALL ASSOCIATION,                             :
                                                  :
                              Defendant.          :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Judgment having been entered on October 29, 2021 (Dkt. No. 22), the Clerk shall mark the case closed.

       SO ORDERED.

Dated:        December 29, 2021                    _____/s/ Alvin K. Hellerstein_____
              New York, New York                        ALVIN K. HELLERSTEIN
                                                        United States District Judge

1