UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMSON SIASIA,

                      Plaintiff,

     -against-

FEDERATION INTERNATIONALE DE
FOOTBALL ASSOCIATION,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021

21 CIVIL 6516 (AKH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 29, 2021, and the Court's Order dated December 29, 2021, Defendant's motion to dismiss for lack of personal jurisdiction is granted. Because the Court does not need to reach Defendant's alternate bases for dismissal, its motion to dismiss for lack of subject-matter jurisdiction and failure to state a claim on which relief may be granted are denied; accordingly, the case is closed.

**Dated:** New York, New York

       December 29, 2021

                                                               RUBY J. KRAJICK

                                                              **Clerk of Court**

                                         BY:

                                                               **Deputy Clerk**